CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FRANCISCO VILLEGAS, | : | **Hon. Renée Marie Bumb** |
| Petitioner, | : | Civil Action No. 04-3222 (RMB) |
| v. | : | |
| ROY L. HENDRICKS, et al., | : | <u>ORDER</u> |
| Respondents. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this 27th day of September, 2006,

ORDERED that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE as untimely, <u>see</u> 28 U.S.C. § 2244(d)(1)(A); and it is further

ORDERED that the Court denies a certificate of appealability pursuant to 28 U.S.C. § 2253(c); and it is finally

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon the parties, and shall close the file.

_____
RENÉE MARIE BUMB, U.S.D.J.